UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:24-cv-00218-JLS-JPR | Date: January 18, 2024 |
| Title: Maria Aguirre v. Amazon Services LLC, et al. | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED TO STATE COURT**

  Plaintiff Maria Aguirre filed this action on December 7, 2023, asserting claims for negligence, strict liability, and breach of warranty.  (Notice of Removal ("NOR") ¶¶ 1, 13, Doc. 1.)  Defendants Sunbeam Products, Inc. and Amazon Services, LLC removed to federal court on January 9, 2023, invoking the Court's diversity jurisdiction.  (*Id.* ¶ 12.)

  "Federal courts are courts of limited jurisdiction."  *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).  As the party invoking federal jurisdiction, Plaintiff has the burden of establishing that this case lies within the Court's limited jurisdiction.  *See id.*

  A federal court has diversity jurisdiction under 28 U.S.C. § 1332 if the parties to the action are citizens of different states and the amount in controversy exceeds $75,000.  28 U.S.C. § 1332(a).  Where a defendant removes on the basis of diversity jurisdiction, "the sum demanded in good faith in the initial pleading [*i.e.*, the plaintiff's state-court complaint] shall be deemed to be the amount in controversy."  28 U.S.C. § 1446; *Ibarra v. Manheim Invs., Inc.*, 775 F.3d 1193, 1197 (9th Cir. 2015).  Here, Plaintiff's complaint does not demand any sum other than damages in an amount over $25,000 and does not provide a factual basis from which to determine an amount greater than that.  (*See* Ex. A to NOR at 5, Doc. 1-1.)  Where "the complaint does not specify the damages sought, the defendant ordinarily may satisfy the amount-in-controversy requirement by making a plausible assertion of the amount at issue in its notice of removal."  *Moe v. GEICO Indem. Co.*, 73 F.4th 757, 761 (9th Cir. 2023).  Defendants' NOR features *no* assertions about the amount at issue other than the conclusion that it exceeds $75,000.  (NOR ¶ 12.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:24-cv-00218-JLS-JPR | Date: January 18, 2024 |
| Title: Maria Aguirre v. Amazon Services LLC, et al. | |

   Accordingly, Defendants are ORDERED to show cause, in writing (no longer than five (5) pages), **within seven (7) days of the date of this Order**, why the Court should not remand this action to state court for lack of subject matter jurisdiction.  Failure to timely respond will result in the immediate remand of the action.

                    Initials of Preparer:  gga